UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA    :    **ORDER**

-v.-    :    01 Cr. 269 (ARR)

ELYNSON MATOS,    :

                Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS the plea allocution of defendant Elynson Matos on or about September 26, 2002, was previously ordered sealed, and

      WHEREAS the Government has applied for the plea allocution to be unsealed so that the Government may provide it to the Second Circuit Court of Appeals, as directed,

      IT IS HEREBY ORDERED that the plea allocution of Elynson Matos on or about September 26, 2002, hereby is UNSEALED.

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF NEW YORK

Dated:    New York, New York
            May 25, 2006